1

2

3

**FILED**

4

JUN 1 1 2009

5

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10

DAVID NEHEMIAH MOHAMMED,        )
                                )
11                              Plaintiff(s),  )        No. C09-02162 BZ
                                )
12          v.                  )        **ORDER DISMISSING COMPLAINT**
                                )        **WITH LEAVE TO AMEND AND**
13      BARACK HUSSEIN OBAMA, et )        **GRANTING IFP APPLICATION**
        al.,                    )
14                              )
                Defendant(s).   )
15      _____)

16          On May 12, 2009, *pro se* plaintiff, David Mohammed

17      ("Mohammed"), filed a complaint seeking relief and applied to

18      proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a).

19      Having reviewed the complaint and application, I find that

20      plaintiff has failed to state a claim upon which relief may be

21      granted, and I therefore **DISMISS** his complaint with leave to

22      amend.

23          Under 28 U.S.C. § 1915(e)(2), a court must dismiss a

24      complaint filed *in forma pauperis* which, liberally construed,

25      fails to state a claim upon which relief may be granted.  *See*

26      28 U.S.C. § 1915(e)(2)(B); <u>Marks v. Slocum</u>, 98 F.3d 494, 495

27      (9th Cir. 1996) (*per curiam*); <u>Franklin v. Murphy</u>, 745 F.2d

28      1221, 1226-27 n.5 (9th Cir. 1984).  Construed liberally in his

1

1   favor, plaintiff's complaint fails to allege facts sufficient

2   to state a claim.[1] Plaintiff appears to allege that President

3   Barack Obama has deprived mental patients of their religious

4   rights. From the few details he offers in his complaint,

5   however, I cannot be sure of the nature of his claim or if he

6   has specifically been harmed. Plaintiff's allegation against

7   Dr. Stefan Lampe and Dr. John Turns, as best I can understand,

8   alleges deception to mental health patients under their care.

9   Plaintiff must give defendants fair notice of the grounds on

10   which the complaint is based. *See* <u>McKeever v. Block</u>, 932 F.2d

11   795, 798 (9th Cir. 1991). In his complaint, plaintiff does

12   not provide facts sufficient to inform defendants of the

13   grounds of his complaint. Plaintiff's complaint therefore

14   fails to meet the basic requirement that it state a claim upon

15   which relief can be granted.

16       To file suit in federal court, a plaintiff must invoke

17   federal jurisdiction. Generally, this means filing a case

18   that involves a question of federal law, or in which the

19   parties are from different states and the amount in

20   controversy exceeds $75,000. *See* 28 U.S.C. § 1331 and

21   1332(a). Here, it is not clear what, if any, federal claim

22   plaintiff is alleging or whether there is any reason for this

23   case to be in federal court. While he has alleged his

24   complaint falls under 28 U.S.C. § 1345 and 1348, these are not

25   applicable here as the complaint does not list the United

26

27       [1] A *pro se* complaint must be liberally construed, giving the plaintiff the benefit of any doubt. *See*

28   <u>Karim-Panahi v. Los Angeles Police Dep't</u>, 839 F.2d 621, 623 (9th Cir. 1988).

1  States as plaintiff or a banking association as party.

2      Moreover, plaintiff does not state sufficient facts to

3  show that he has standing to sue defendant.  Federal courts

4  can only decide disputes which qualify as "cases and

5  controversies" under Article III of the United States

6  Constitution.  Allen v. Wright, 468 U.S. 737, 750-751 (1984).

7  Article III requires that every litigant show that he has

8  standing to invoke the power of the federal court.  Id.  Here,

9  plaintiff fails to allege facts that show he suffered an

10  injury due to any defendant's alleged wrongful conduct.

11      Because I find that plaintiff's complaint fails to state

12  a claim upon which relief may be granted, **IT IS HEREBY ORDERED**

13  as follows:

14      1.  Plaintiff's complaint is **DISMISSED** with leave to

15  amend.  If plaintiff desires to proceed with this lawsuit, he

16  must file an amended complaint by **July 3, 2009**.  The amended

17  complaint should be a short, legible statement in plain

18  English that clearly states the facts that form the basis for

19  plaintiff's suit against defendant.  At a minimum, he should

20  state how he believes each defendant has harmed him personally

21  and what relief he seeks from each defendant.  In amending his

22  complaint, plaintiff may wish to consult a manual the court

23  has adopted to assist *pro se* litigants in presenting their

24  case.  This manual is available in the Clerk's Office and

25  online at: www.cand.uscourts.gov.  If plaintiff does not amend

26  or otherwise comply with this Order by **July 3, 2009**, this case

27  may be dismissed.

28      2.  Attached is information about the Volunteer Legal

3

1 | Services Program's Legal Help Center for pro se litigants.

2 | The court suggests that plaintiff make an appointment with the

3 | Center.

4 |     3.  By no later than **July 3, 2009**, plaintiff shall

5 | consent to or decline to magistrate judge jurisdiction.  A

6 | form is available online at: <u>www.cand.uscourts.gov</u>

7 |     4.  Plaintiff's application to proceed *in forma pauperis*

8 | is **GRANTED**.  The marshal shall not serve the complaint,

9 | pending further order of the Court.

10 | Dated: June 9, 2009

11 |                            Bernard Zimmerman

                        United States Magistrate Judge

12 |

13 | G:\BZALL\-BZCASES\MOHAMMED v. OBAMA\IFP.wpd

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**Are you representing yourself in Federal Court?**

**Do you need help with your case?**

# Volunteer Legal Services Program
# Legal Help Center

**450 Golden Gate Avenue, 15th Floor, Room 2796**

The Legal Help Center (the "Center") provides *pro se* litigants with:

- information about their legal rights and responsibilities and court procedures applicable to their cases,
- limited-scope legal advice,
- help preparing simple pleadings, and
- referrals to legal, social, and government services.

Assistance is provided <u>by appointment only</u>. If you are representing yourself in Federal Court and would like help with your civil case, you may make an appointment to meet with an attorney at the Center. Sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the Federal Courthouse, Room 2796, up to two weeks in advance. On the day of your appointment, bring relevant paperwork for your case, including drafts you may want the attorney to review, and wait just outside the Center for the attorney to call you in at the appointed time.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

**If you seek help from the Center, <u>you will still represent yourself</u>. The attorney at the Center can not be your lawyer; the attorney can only give you information, advice, and basic legal help.**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID N. MOHAMMED,

        Plaintiff,

v.

BARACK HUSSEIN OBAMA et al,

        Defendant.

_____/

Case Number: CV09-02162 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2009, I SERVED a true and correct copy(ies) of the attached **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND AND GRANTING IFP APPLICATION**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Nehemiah Mohammed
God: Spiritual Temple Trinity
Mosque, 22103-Redwood Road
New Jerusalem, East Bay
Castro Valley, CA 94546

Dated: June 11, 2009

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk
_____