UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NEHEMIAH MOHAMMED,<br><br>  Plaintiff(s),<br><br>  v.<br><br>BARACK HUSSEIN OBAMA, et al.,<br><br>  Defendant(s). | No. C09-02162 BZ<br><br>**SECOND ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND AND GRANTING IFP APPLICATION** |

On May 12, 2009, *pro se* plaintiff, David Mohammed ("Mohammed"), filed a complaint seeking relief and applied to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a). Having reviewed the complaint and application, I find that plaintiff has failed to state a claim upon which relief may be granted, and I therefore **DISMISS** his complaint with leave to amend.[1]

Under 28 U.S.C. § 1915(e)(2), a court must dismiss a complaint filed *in forma pauperis* which, liberally construed, fails to state a claim upon which relief may be granted.  *See*

---

[1] This Order supersedes the Order filed June 18, 2009 which was returned as undeliverable. Plaintiff is reminded of his obligation to advise the Court of any change of address or phone number.

1

28 U.S.C. § 1915(e)(2)(B); Marks v. Slocum, 98 F.3d 494, 495 (9th Cir. 1996) (*per curiam*); Franklin v. Murphy, 745 F.2d 1221, 1226-27 n.5 (9th Cir. 1984).  Construed liberally in his favor, plaintiff's complaint fails to allege facts sufficient to state a claim.[2]  Plaintiff appears to allege that President Barack Obama has deprived mental patients of their religious rights.  From the few details he offers in his complaint, however, I cannot be sure of the nature of his claim or if he has specifically been harmed.  Plaintiff's allegation against Dr. Stefan Lampe and Dr. John Turns, as best I can understand, alleges deception to mental health patients under their care.  Plaintiff must give defendants fair notice of the grounds on which the complaint is based.  *See* McKeever v. Block, 932 F.2d 795, 798 (9th Cir. 1991).  In his complaint, plaintiff does not provide facts sufficient to inform defendants of the grounds of his complaint.  Plaintiff's complaint therefore fails to meet the basic requirement that it state a claim upon which relief can be granted.

To file suit in federal court, a plaintiff must invoke federal jurisdiction.  Generally, this means filing a case that involves a question of federal law, or in which the parties are from different states and the amount in controversy exceeds $75,000.  *See* 28 U.S.C. § 1331 and 1332(a).  Here, it is not clear what, if any, federal claim plaintiff is alleging or whether there is any reason for this

---

[2]  A *pro se* complaint must be liberally construed, giving the plaintiff the benefit of any doubt.  *See* Karim-Panahi v. Los Angeles Police Dep't, 839 F.2d 621, 623 (9th Cir. 1988).

2

case to be in federal court.  While he has alleged his complaint falls under 28 U.S.C. § 1345 and 1348, these are not applicable here as the complaint does not list the United States as plaintiff or a banking association as party.

Moreover, plaintiff does not state sufficient facts to show that he has standing to sue defendant.  Federal courts can only decide disputes which qualify as "cases and controversies" under Article III of the United States Constitution.  <u>Allen v. Wright</u>, 468 U.S. 737, 750-751 (1984).  Article III requires that every litigant show that he has standing to invoke the power of the federal court.  <u>Id.</u>  Here, plaintiff fails to allege facts that show he suffered an injury due to any defendant's alleged wrongful conduct.

Because I find that plaintiff's complaint fails to state a claim upon which relief may be granted, **IT IS HEREBY ORDERED** as follows:

1.  Plaintiff's complaint is **DISMISSED** with leave to amend.  If plaintiff desires to proceed with this lawsuit, he must file an amended complaint by **July 31, 2009**.  The amended complaint should be a short, legible statement in plain English that clearly states the facts that form the basis for plaintiff's suit against defendant.  At a minimum, he should state how he believes each defendant has harmed him personally and what relief he seeks from each defendant.  In amending his complaint, plaintiff may wish to consult a manual the court has adopted to assist *pro se* litigants in presenting their case.  This manual is available in the Clerk's Office and online at: www.cand.uscourts.gov.  If plaintiff does not amend

1 | or otherwise comply with this Order by **July 31, 2009**, this
2 | case may be dismissed.
3 |     2.   Attached is information about the Volunteer Legal
4 | Services Program's Legal Help Center for pro se litigants.
5 | The court suggests that plaintiff make an appointment with the
6 | Center.
7 |     3.   By no later than **July 31, 2009**, plaintiff shall
8 | consent to or decline to magistrate judge jurisdiction.  A
9 | form is available online at: www.cand.uscourts.gov
10 |    4.   Plaintiff's application to proceed *in forma pauperis*
11 | is **GRANTED**.  The marshal shall not serve the complaint,
12 | pending further order of the Court.
13 | Dated: July 7, 2009
14 |                              _____
                                  Bernard Zimmerman
                                  United States Magistrate Judge

16 | G:\BZALL\-BZCASES\MOHAMMED v. OBAMA\IFP2.wpd

4