IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NEHEMIAH MOHAMMED, | No. C 09-02162 WHA |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| BARACK HUSSEIN OBAMA, et al., | |
| Defendants. | |

    Plaintiff, acting *pro se*, filed this complaint on May 12, 2009. Magistrate Judge Zimmerman dismissed the complaint with leave to amend. The deadline to amend was July 31, 2009, but plaintiff has neither filed an amended complaint nor requested that the deadline to do so be continued. The parties have not consented to the jurisdiction of a magistrate. Therefore, Magistrate Judge Zimmerman reassigned the case to the undersigned and recommended that the case be dismissed. This action is hereby **DISMISSED** with prejudice for the reasons stated in Magistrate Judge Zimmerman's recommendation. Judgment will be entered.

    **IT IS SO ORDERED.**

Dated: August 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE